THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Amy Hutto, Appellant.
 
 
 

Appeal from Lexington County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2005-UP-611
Submitted December 1, 2005  File December 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Legal Director Teresa A. Knox, Legal Counsel J. Benjamin Aplin, and Legal Counsel Tommy Evans, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM: Amy Hutto appeals the revocation of her probation and sentence of eighteen months.  Hutto alleges the revoking court abused its discretion in revoking her probation.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Huttos appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, ANDERSON, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.